| | |
|---|---|
| 1 | Robert B. Hawk (Bar No. 118054) |
| | HOGAN LOVELLS US LLP |
| 2 | 525 University Avenue, 4th Floor |
| | Palo Alto, California  94301 |
| 3 | Telephone:  + 1 (650) 463-4000 |
| | Facsimile:  + 1 (650) 463-4199 |
| 4 | robert.hawk@hoganlovells.com |

Douglas M. Schwab (Bar No. 43083)
Benjamin T. Diggs (Bar No. 245904)
HOGAN LOVELLS US LLP
4 Embarcadero Ctr., 22nd Floor
San Francisco, California 94111
Telephone:  + 1 (415) 374-2301
Facsimile:  + 1 (415) 374-2499
douglas.schwab@hoganlovells.com
benjamin.diggs@hoganlovells.com

Attorneys for Defendant
CONAGRA FOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIL MARIE VIRR, on behalf of herself and a class of all others similarly situated, | CASE NO.: 11-cv-04607-MEJ |
| Plaintiff, | [~~PROPOSED~~] ORDER TRANSFERRING ACTION TO CENTRAL DISTRICT OF CALIFORNIA |
| v. | |
| CONAGRA FOODS, INC., | |
| Defendant. | The Honorable Maria-Elena James |

[PROPOSED] ORDER TRANSFERRING ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA;
CASE NO.: 11-CV-04607-MEJ

1  On October 6, 2011, the parties submitted a Joint Motion to Transfer the above-referenced
2  Action to the Central District of California pursuant to 28 U.S.C. § 1404.  The Court grants the
3  parties' joint motion and transfers this action to the Central District of California.  All further
4  proceedings will take place in that Court.

Dated:  October 6    , 2011

_____
THE HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TRANSFERRING ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA;
CASE NO.: 11-CV-04607-MEJ